IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| CHARLES BARNETT ) <br> and wife, SHEILA BARNETT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STATE FARM FIRE AND CASUALTY ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Case No: 3:11-cv-597 <br><br> U.S. District Judge Thomas Phillips <br><br> U.S. Magistrate Judge Bruce Guyton <br><br> JURY DEMAND |

## RULE 41 (a)(1) STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Come Plaintiffs, CHARLES BARNETT and wife, SHEILA BARNETT, and Defendant, STATE FARM FIRE AND CASUALTY COMPANY and, pursuant to Federal Rule of Civil Procedure 41(a)(1) stipulate that all claims against the Defendant, STATE FARM FIRE AND CASUALTY COMPANY shall be dismissed without prejudice.

Dated this 25th day of September 2012.

Respectfully submitted,

| | |
|---|---|
| **HOWARD & HOWARD, P.C.** | **THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC** |
| By: s/ Elizabeth D. Sherrod <br> Lewis S. Howard, Jr. (BPR# 011540) <br> lewis@howardhowardlaw.com <br> Elizabeth D. Sherrod (BPR#027188) <br> liz@howardhowardlaw.com <br> 4820 Old Kingston Pike <br> Knoxville, Tennessee 37919 <br> (865) 588-4091 <br> (865) 588-4206 *facsimile* | By: s/ Jonathan L. May <br> Christopher L. Vescovo (BPR#014516) <br> vescovoc@thomasonlaw.com <br> Jonathan L. May (BPR#027408) <br> mayj@thomasonlaw.com <br> 40 S. Main Street, 29th Floor <br> Memphis, Tennessee 38103 <br> (901) 525-8721 <br> (901) 525-6722 *facsimile* |
| Attorneys for Plaintiffs | Attorneys for Defendant |